1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VANESSA LANAE LATHAN,

Defendant.

Case No. 21-cr-02158-BAS-2

**ORDER DENYING MOTION TO REDUCE SENTENCE (ECF No. 211)**

The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821. Under Part B, these retroactive amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who "did not receive any criminal history points" when calculating the defendant's criminal history. *Id.* § 4C1.1(a)(1)–(10).

1   Based on this amendment, Defendant Vanessa Lanae Lathan now files a Motion to

2  Reduce Sentence Pursuant to 18 U.S.C. § 3582(c).  (ECF No. 211.)  This Court referred

3  the case to the Federal Defender's Office for an evaluation.  (ECF No. 212.)  Federal

4  Defenders has now filed a status report concluding "the Court can decide the motion on

5  the existing records without further assistance of counsel."  (ECF No. 214.)   Having

6  reviewed and considered Defendant's Motion, the Court finds she is not entitled to a

7  reduced sentence.  Therefore, Defendant's Motion to Reduce Sentence (ECF No. 211) is

8  **DENIED**.

9   **IT IS SO ORDERED.**

10

11  **DATED: April 16, 2024**

**Hon. Cynthia Bashant**
**United States District Judge**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

21cr2158